```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 05709
   DENIS A POOL
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

      Debtor
   SSN XXX-XX-8259
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/18/05 and confirmed on 04/22/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 6300.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3728.72 | .00 | 956.77 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10908.13 | .00 | 2798.98 |
| FIRST NATIONAL BANK OF O | UNSECURED | 538.09 | .00 | 138.07 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1626.98 | .00 | 417.48 |
| TEXACO | UNSECURED | NOT FILED | .00 | .00 |
| BUDGET COUNSELORS | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 16801.92 | .00 | 16801.92 |
| PRINCIPAL PAID | .00 | .00 | 4311.30 | .00 | 4311.30 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 4311.30 | .00 | 4311.30 |

The Debtor's attorney, JAMES A YOUNG & ASSOC       , was allowed $   2200.00 and was paid $   474.00  direct and $   1726.00  through the plan.

The Trustee received $   262.70 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 08/19/08                              /S/

```
                    GLENN STEARNS
                    CHAPTER 13 TRUSTEE




                             PAGE   2
     CASE NO. 05 B 05709 DENIS A POOL
```